

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-16-00264-CR

Jose Roberto **VELIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13285CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The Appellant's Motion to Reinstate Appeal is hereby DISMISSED for lack of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court